IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| RAHIM BEY, | : |
| | : |
| Petitioner, | : |
| | : |
| V. | : NO. 3:23-cv-00014-CDL-CHW |
| | : |
| STEVIE GRIFFIN, | : |
| | : |
| Respondent. | : |
| _____ | : |

## ORDER OF DISMISSAL

Petitioner Rahim Bey, a detainee in the Greene County Jail in Greensboro, Georgia, filed a petition for a writ of habeas corpus. Pet. for Writ of Habeas Corpus, ECF No. 1. After that item was docketed, correspondence from this Court to Petitioner at the Greene County Jail – the only address on file for Petitioner – was returned to this Court as undeliverable. Mail Returned, ECF No. 3. Petitioner's failure to notify the Clerk of Court of a change in address constitutes a failure to prosecute his claims, and insofar as this Court has no information regarding Petitioner's current whereabouts, the present action cannot proceed.

Out of an abundance of caution, Petitioner was ordered to show cause to the Court why this case should not be dismissed for failure to keep the Court apprised of his current address. Order to Show Cause, ECF No. 4. Petitioner was given fourteen days to respond and was cautioned that his failure to do so would likely result in the dismissal of this case. *Id.* That order was also returned as undeliverable, Mail Returned, ECF No. 5, and Petitioner has not responded to the order or otherwise made contact with this Court.

Thus, because Petitioner has failed to respond to the Court's orders or otherwise prosecute this case, his petition is now **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this **27th** day of **April, 2023**.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA